# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

JASON WHITE,

    Plaintiff,

v.                                                                              CASE NO. 2: 10-CV-783-FTM-36DNF

PEACH TREE LAW CENTER, LLC,

    Defendant.

_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Default Judgment (Doc 11). The Court finds that an evidentiary hearing is not required and the matter is otherwise ripe for review.

## PROCEDURAL BACKGROUND

On December 27, 2010, Plaintiff filed an action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 (Doc. 1). A summons was served on the Defendant on January 12, 2011 (Doc. 7). Defendant failed to respond to the complaint and a default was entered against it on March 7, 2011 (Doc. 10).

## DISCUSSION

Pursuant to Fed. R. Civ. P. 55(b), Plaintiff is entitled to a default judgment for the statutory damages, attorneys' fees and court costs sought in this case. Plaintiff has attached to his Motion for Default Judgment, affidavits which support the amounts sought (Doc. 11, Exhs D - G).

Therefore, after a careful review of the record and the Court being otherwise fully advised, the Court determines that Plaintiff is entitled to the following amounts:

| | |
|---|---:|
| Statutory damages as to the Fair Debt Collection Practices Act | $1,000.00 |
| Statutory damages as to the Florida Consumer Collection Practices Act | $1,000.00 |
| Attorneys' fees | $2,973.00 |
| Court costs | $380.00 |
| **Total damages:** | **$5,353.00** |

The Court finds that the time spent on this case by the attorneys, paralegals, law clerk and legal assistants is reasonable. Likewise, the hourly rates charged by the attorneys and staff are reasonable.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. Plaintiff's Motion for Default Judgment is **GRANTED** (Doc. 11).

2. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant Peach Tree Law Center, LLC in the amount of $5,353.00

**DONE AND ORDERED** at Ft. Myers, Florida, on November 9, 2011.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY